UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PATENT ONE LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 23-cv-15270 |
| v. | ) | |
| | ) | |
| THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT, | ) ) ) ) ) ) ) ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE UNDER SEAL**

Plaintiff files this Motion requesting leave to file the following documents under seal: (1) Exhibit 1 to Plaintiff's Complaint, which constitutes Plaintiff's patent asserted in this action; (2) Schedule A attached to the Complaint and Amended Complaint, which includes a list of the Defendant Online Marketplace Accounts; and (3) Plaintiff's TRO Motion, and accompanying supporting memorandum, declaration, and exhibits, which include screenshot printouts showing the infringing products as well as information regarding Plaintiff and Plaintiff's pertinent product.

In this action, Plaintiff is requesting temporary *ex parte* relief based on an action asserting patent infringement. Sealing of the files is necessary to prevent Defendants from learning of these proceedings prior to execution of the temporary restraining order. If Defendants were to learn of these proceedings prematurely, the likely result would be the destruction of relevant documentary evidence, the hiding of assets and/or transferring of assets to foreign jurisdictions, and the refusal of Defendants to participate in the case. Such maneuvering would frustrate the purpose of the

1

underlying law and would interfere with, and likely entirely undermine, Plaintiff's ability to secure relief.

Date: October 24, 2023

Respectfully submitted,

By: /s/ Shengmao Mu
Shengmao (Sam) Mu, NY #5707021

**WHITEWOOD LAW PLLC**
57 West 57th Street, 3rd and 4th Floors
New York, NY 10019
Telephone: (917) 858-8018
Email: smu@whitewoodlaw.com

*Counsel for Plaintiff*