IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PATENT ONE LLC,<br><br>        Plaintiff,<br><br>  v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS AND UNINCORPORATED ASSOCIATES IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,<br><br>        Defendants. | Case No. 23-cv-15270<br><br>Honorable Sara L. Ellis |

## NOTICE OF MOTION

To:    *All Counsel of Record*

Please take notice that on **Tuesday, December 19, 2023 at 9:45 AM** or as soon thereafter as counsel may be heard, counsel shall appear before the Honorable Sara L. Ellis, or any judge sitting in her stead, in Room 1403, the courtroom usually occupied by her at the Everett McKinley Dirksen Federal Building, 219 South Dearborn, Chicago, Illinois, and then and there present **DEFENDANT CHANGZHOU YANJIAN ELEC. COMMERCE CO. LTD.'S MOTION TO MODIFY PRELIMINARY INJUNCTION ORDER**, which has been filed with the Clerk of Court using the CM/ECF system along with this notice.

Dated: December 13, 2023

Respectfully Submitted,

**CHANGZHOU YANJIAN ELECTRONIC COMMERCE CO., LTD.**

By: /s/ Daniel I. Konieczny
       One of Its Attorneys

Hua Chen
SCIENBIZIP, P.C.
550 S. Hope Street, Suite 2825
Los Angeles, California 90071
Telephone: (213) 426-1771
huachen@scienbizippc.com

Daniel I. Konieczny (#6275293)
TABET DIVITO & ROTHSTEIN LLC
209 S. LaSalle St., 7th Floor
Chicago, IL 60604
Telephone: (312) 762-9450
Facsimile: (312) 762-9451
dkonieczny@tdrlaw.com