UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| PATENT ONE LLC, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 23-cv-15270 |
| v. | ) ) | |
| THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT, | ) ) ) ) ) ) ) ) ) | Presiding Judge: Hon. Sara L. Ellis Magistrate Judge: Hon. Beth W. Jantz |
| Defendants. | ) | |

## MOTION FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT AGAINST DEFENDANTS

Plaintiff, by and through the undersigned counsel, hereby move this Honorable Court for entry of default and entry of a default judgment against the Defendants in the Schedule A attached. A Memorandum in support of this Motion and a proposed Order are being submitted herewith. For the reasons discussed in said Memorandum, Plaintiff respectfully submits that this Motion should be granted.

Date: January 8, 2024

Respectfully submitted,

Shengmao Mu
**WHITEWOOD LAW PLLC**
57 W. 57th Street
New York, New York 10019
Tel: (917) 858-8018
Email: smu@whitewoodlaw.com

*Counsel for Plaintiff*

1

## **CERTIFICATE OF SERVICE**

     I hereby certify that on January 8, 2024, I electronically filed the foregoing with the Court using the CM/ECF system. I have electronically published the foregoing on a website. I have sent an e-mail to the e-mail addresses provided for Defaulting Defendants by third parties that includes a link to said website.

                                                                              /s/Shengmao Mu
                                                                                 Shengmao Mu