# EXHIBIT 1

| External_Seller_ID | ASIN | Net_Ordered_Units | Net_Ordered_GMS_USD | Price per Unit | |
|---|---|---|---|---|---|
| A3ABUACS6LC6MT | B09H75TXYH | 1091 | 46,374.86 | 42.51 | WOHIWO Direct |
| A14AUD79VOHF0E | B0B462KMXV | 3712 | 146,299.83 | 39.41 | GHWIE |
| A1AFO31VMTE43O | B09W2KD3MV | 29058 | 1,071,474.92 | 36.87 | Toydoooco |
| A3RT6PLW766HIO | B09JSGTVT7 | 1537 | 61,388.56 | 39.94 | Horganize |