UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PATENT ONE LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 23-cv-15270 |
| v. | ) | |
| | ) | |
| THE INDIVIDUALS, | ) | Presiding Judge: Hon. Sara L. Ellis |
| CORPORATIONS, LIMITED | ) | Magistrate Judge: Hon. Beth W. Jantz |
| LIABILITY COMPANIES, | ) | |
| PARTNERSHIPS, AND | ) | |
| UNINCORPORATED ASSOCIATIONS | ) | |
| IDENTIFIED ON SCHEDULE A TO | ) | |
| THE COMPLAINT, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on January 11, 2024, at 1:45 pm or as soon thereafter as counsel may be heard, counsel for Plaintiff in the above-captioned action shall appear before the Honorable Sara L. Ellis or any judge sitting in his stead, via telephone. Counsel for Plaintiff shall at said time and location present Plaintiff's Motion for Entry of Default and Default Judgment Against Defaulting Defendants.

Date: December 14, 2024                                Respectfully submitted,

/s/ Shengmao Mu
    Shengmao Mu

Shengmao Mu
**WHITEWOOD LAW PLLC**
57 W. 57th Street
New York, New York 10019
Tel: (917) 858-8018
Email: smu@whitewoodlaw.com

*Counsel for Plaintiff*

1

**CERTIFICATE OF SERVICE**

I hereby certify that on January 8, 2024, I electronically filed the foregoing with the Court using the CM/ECF system. I have electronically published the foregoing on a website. I have sent an e-mail to the e-mail addresses provided for Defaulting Defendants by third parties that includes a link to said website.

      /s/Shengmao Mu
      Shengmao Mu