**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Patent One LLC

                                  Plaintiff,

v.                                                                 Case No.: 1:23−cv−15270
                                                                        Honorable Sara L. Ellis

BMOSU, et al.

                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, January 8, 2024:

      MINUTE entry before the Honorable Sara L. Ellis: The Court denies motions [28], [34], [37], and [39] as moot. The Court grants Plaintiff's motion for entry of default and for default judgment [50]. The Court enters judgment in favor of Plaintiff and against Defendants identified on Amended Schedule A. Civil case terminated. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.