**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |  |
|---|---|---|
| **PATENT ONE LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | Civil Action No. 23-cv-15270 |
| **v.** | ) | |
| | ) | |
| **THE INDIVIDUALS,** | ) | **Presiding Judge: Hon. Sara L. Ellis** |
| **CORPORATIONS, LIMITED** | ) | **Magistrate Judge: Hon. Beth W. Jantz** |
| **LIABILITY COMPANIES,** | ) | |
| **PARTNERSHIPS, AND** | ) | |
| **UNINCORPORATED ASSOCIATIONS** | ) | |
| **IDENTIFIED ON SCHEDULE A TO** | ) | |
| **THE COMPLAINT,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on January 8, 2024 [53], in favor of Plaintiff Patent One LLC and against Defendants identified in Schedule A and Plaintiff acknowledges payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendant:

GHWIE, identified as Doe No. 4 in Schedule A to the Complaint, ("Defendant").

THEREFORE, full and complete satisfaction of said judgment as to the above-referenced Defendant is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Date: January 12, 2024

Respectfully submitted,

/s/ Shengmao Mu
Shengmao Mu
**WHITEWOOD LAW PLLC**

1

57 W. 57th Street
New York, New York 10019
Tel: (917) 858-8018
Email: smu@whitewoodlaw.com

*Counsel for Plaintiff*